No. 02–6601. LEONARD *v.* CORNYN, ATTORNEY GENERAL OF TEXAS, ET AL., *ante,* p. 1053;

No. 02–6654. GONZALEZ *v.* WORKERS' COMPENSATION APPEALS BOARD ET AL., *ante,* p. 1054;

No. 02–6744. OLIVER *v.* BRAXTON, WARDEN, *ante,* p. 1057;

No. 02–7042. HAMILTON *v.* MACK, WARDEN, *ante,* p. 1061;

No. 02–7235. DABNEY *v.* UNITED STATES, *ante,* p. 1066; and

No. 02–7418. WAHAB *v.* UNITED STATES, *ante,* p. 1096. Petitions for rehearing denied.

No. 01–10564. JONES *v.* VIRGINIA DEPARTMENT OF SOCIAL SERVICES ET AL., *ante,* p. 849. Motion of petitioner for leave to file petition for rehearing denied.

No. 02–297. DOYLE *v.* HYDRO NUCLEAR SERVICES ET AL., *ante,* p. 1066. Motion of petitioner for leave to proceed further herein *in forma pauperis* granted. Petition for rehearing denied.

JANUARY 28, 2003

No. 02–8687 (02A618). CURRY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–8702 (02A620). CURRY *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JANUARY 30, 2003

No. 02–635. NEW MEXICO DEPARTMENT OF PUBLIC SAFETY ET AL. *v.* MARTINEZ. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46.

No. 02–8732 (02A623). IN RE RIDDLE. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of

habeas corpus denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

FEBRUARY 4, 2003

No. 02–8877 (02A642). IN RE ELLIOTT. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

No. 02–8867 (02A638). ELLIOTT v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 02–8878 (02A643). KENLEY v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 6, 2003

No. 02–7404 (02A626). DUNN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

FEBRUARY 13, 2003

No. 02–9009 (02A676). FIELDS v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.